IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DAVID CHARLES MCGINNESS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-082 |
| | ) | |
| LEWIS P. BROWN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The parties filed a joint Stipulation to Dismiss. (Doc. no. 21.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties agree to dismissal of this action with prejudice. Therefore, Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** the case. Each party shall bear his own attorney's fees, costs, and expenses incurred in this matter.

SO ORDERED this 10th day of September, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA